**Criminal Case Cover Sheet**　　　　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA　　**Category No.** II　　**Investigating Agency** FBI

**City** Charlestown

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____　Case No. _____
Same Defendant _____　New Defendant _____
Magistrate Judge Case Number 25-MJ-1252-DLC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____　☐ Yes　☑ No

Defendant Name: Alex Bou　　Juvenile: ☐ Yes　☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Lawrence, MA

Birth date (Yr only): 2003　SSN (last 4#): 6076　Sex: M　Race: _____　Nationality: _____

**Defense Counsel if known:** _____　Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Craig Estes　　Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No　　List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested　☐ Regular Process　☑ In Custody

**Location Status:** _____

**Arrest Date:** August 19, 2025

☑ Already in Federal Custody as of August 19, 2025 in Nashua Street Jail.
☐ Already in State Custody at _____　☐ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by: _____　on _____

**Charging Document:**　☑ Complaint　☐ Information　☐ Indictment

**Total # of Counts:**　☐ Petty _____　☐ Misdemeanor _____　☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/19/2025　　Signature of AUSA: /s/ Craig Estes

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Alex Bou

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1591(a)(1), (b)(2), & 1594(a) | Attempted sex trafficking of a minor | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013